644

No. 227. TWIN PORTS OIL CO. *v.* PURE OIL CO. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Tom Davis* and *Ernest A. Michel* for petitioner. *Messrs. S. A. Mitchell, H. H. Thomas,* and *Harry S. Stearns* for respondent.

No. 228. S. S. WHITE DENTAL MANUFACTURING CO. *v.* UNITED STATES. October 13, 1941. Petition for writ of certiorari to the Court of Claims denied. *Messrs. J. Henry Walters* and *Harry Levine* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Mr. J. Louis Monarch* and *Mrs. Elizabeth B. Davis* for the United States.

No. 230. TRIPPETT ET AL., TRANSFEREES, ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Chas. D. Turner* for petitioners. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. F. E. Youngman* and *J. Louis Monarch* for respondent.

No. 231. GORDON *v.* VALLEE ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Joel H. Berry* for petitioner.

No. 232. KOEBERLEIN *v.* DURBIN ET AL. October 13, 1941. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Anan Raymond* for petitioner.